FRANK P. DI RAFFAELE et al., Respondents, *v.* ALBERT GERKHARDT, Appellant.

*Appeal — discretionary orders — appeal to Court of Appeals dismissed.*

Di Raffaele v. Gerkhardt, 217 App. Div. 185, 187, appeal dismissed. (Submitted December 1, 1927; decided December 16, 1927.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1926, one reversing an order of Special Term which granted a motion to set aside a settlement of an action and restored the case to the calendar and the other reversing an order of Special Term which granted a motion to punish plaintiff for contempt.

*Maurice B. Rich* for appellant.

*John B. Coppola* and *Betty H. Kaye* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.